**The below described is SIGNED.**

Dated: July 21, 2014 
WILLIAM T. THURMAN
U.S. Bankruptcy Judge



tks

Bryan T. Adamson, #11982
THE JUSTICE FIRM LEGAL, LLC
132 W. Tabernacle
St. George, Utah 84770
Telephone: (435) 986-8386
Facsimile: (435) 986-8388
Email: badamson@dixielegal.com
*Attorney for Defendant*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re: Katie Lynn Birchard,<br>       Debtor,<br><br>Tracy R. Terhune<br>       Plaintiff,<br><br>v.<br><br>Katie Lynn Birchard<br>       Defendant. | Case No. 12-30265<br><br>Adv. Proc. No. 12-02552<br><br>The Honorable William T. Thurman<br><br>*Filed Electronically* |

### ORDER ALLOWING WITHDRAWAL AS ATTORNEY OF RECORD

THIS MATTER, having come before the court and after consideration of the pleadings and consent of the Defendant, it is HERBY ORDERED, ADJUDGED, and DECREED that the Motion to Withdraw as Attorney is GRANTED.  Mr. Adamson is hereby released as counsel of record for the Defendant.

-------------------------------------End of Order-------------------------------------

Entered On Docket: 07/21/2014

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **Order Allowing Withdrawal as Attorney of Record** shall be served to the parties and in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

**Bryan Adamson**: badamson@dixielegal.com, rcampbell@dixielegal.com
**Matthew Wadsworth**: wadsworth@arnoldwadsworth.com, kara@arnoldwadsworth.com

By U.S. Mail – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

**Tracy R Terhune**
11230 Peachgrove Street #209
North Hollywood, CA 91601

**Katie Lynn Birchard**
200 South 200 East #13
Washington, UT 84780

/s/ Rachel Campbell
Rachel Campbell
Legal Secretary

```
                              United States Bankruptcy Court
                                    District of Utah
Terhune,
        Plaintiff                                              Adv. Proc. No. 12-02552-WTT
Birchard,
        Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: gci              Page 1 of 1             Date Rcvd: Jul 21, 2014
                              Form ID: pdfor1        Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2014.
```
dft         +Katie Lynn Birchard,    139 South 200 East #3,    Washington, UT 84780-1921
pla         +Tracy R Terhune,    11230 Peachgrove Street #209,    North Hollywood, CA 91601-4570
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2014 at the address(es) listed below:
```
              Bryan   Adamson     on behalf of Defendant Katie Lynn Birchard badamson@dixielegal.com,
               rcampbell@dixielegal.com
              Matthew   Wadsworth     on behalf of Defendant Katie Lynn Birchard wadsworth@arnoldwadsworth.com,
               kara@arnoldwadsworth.com
                                                                                             TOTAL: 2
```